Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02961-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JANET KNOWLAND and WILLIAM KNOWLAND, Spouse<br>Plaintiffs,<br>vs.<br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, JANET KNOWLAND and WILLIAM KNOWLAND, Spouse, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 12-10, 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: *Leslie M. Cronen* |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: 12-10, 2009 | O'BRYAN, BROWN & TONER, PLLC |
| 6 | | By: *Joseph C. Klausing* /with permission by LMCronen |
| 7 | | Joseph C. Klausing |
| | | Attorneys for Defendant Gary L. Reasor, MD and |
| 8 | | Care Clinic, Inc. d/b/a Louisville Pain Treatment Physicians, PSC (an assumed name corporation) |
| 9 | DATED: February 3, 2010 | DLA PIPER LLP (US) |
| 10 | | |
| 11 | | By: *signature* |
| | | Michelle W. Sadowsky |
| 12 | | Attorneys for Defendant Pfizer, Inc. |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE