Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02961-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| JANET KNOWLAND and WILLIAM KNOWLAND, Spouse<br>Plaintiffs,<br>vs.<br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, JANET KNOWLAND and WILLIAM KNOWLAND, Spouse, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: *12-10*, 2009 | BUBALO HIESTAND & ROTMAN, PLC |

DATED: 12-10, 2009    BUBALO HIESTAND & ROTMAN, PLC

By: /s/ Leslie M. Cronen
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: 12-10, 2009    O'BRYAN, BROWN & TONER, PLLC

By: /s/ Joseph C. Klausing /by LMCronen with permission
Joseph C. Klausing
Attorneys for Defendant Gary L. Reasor, MD and Care Clinic, Inc. d/b/a Louisville Pain Treatment Physicians, PSC (an assumed name corporation)

DATED: February 3, 2010    DLA PIPER LLP (US)

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

/s/ Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**